UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANFRED SHOCKNER,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. SOLTANIAN, et al.,<br><br>    Defendants. | No. 2:18-cv-1948 KJN P<br><br><br>ORDER |

Plaintiff has filed a motion for a 90-day extension of time to file a second amended complaint. The grounds of this motion are that plaintiff was recently transferred to Valley State Prison and has not received his legal property.

Plaintiff is granted a thirty day extension of time to file a second amended complaint. Any further requests for extension of time must be supported by a showing of good cause.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 10) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint.

Dated: October 10, 2018

shoc1948.36

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE