UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANFRED SHOCKNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. SOLTANIAN, et al.,<br><br>　　　　　Defendants. | No. 2: 18-cv-1948 KJN P<br><br><br>ORDER |

On October 10, 2018, the undersigned granted plaintiff a thirty-day extension of time to file a second amended complaint. (ECF No. 13.) Thirty days passed and plaintiff did not file a second amended complaint. However, on October 4, 2018, plaintiff filed a second request for extension of time to file a second amended complaint. (ECF No. 11.) On October 4, 2018, plaintiff also filed a motion to compel prison officials to return his legal property. (ECF No. 12.)

In the second request for extension of time, plaintiff alleges that he was recently transferred from Mule Creek State Prison ("MCSP") to Corcoran State Prison to Valley State Prison ("VSP"). Plaintiff alleges that his legal property has not caught up to him yet. In the motion to compel, plaintiff requests that the court order prison officials to provide him with his legal property.

Plaintiff is granted a second thirty-day extension of time to file his second amended complaint. Because it is likely that plaintiff has received his legal property, plaintiff's motion to

1

compel is denied without prejudice. If plaintiff has not yet received his legal property, plaintiff shall notify the court within fourteen days of the date of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's second motion for an extension of time (ECF No. 11) is granted;

2. Plaintiff's second amended complaint is due within thirty days of the date of this order;

3. Plaintiff's motion to compel (ECF No. 12) is denied without prejudice; if plaintiff has not received his legal property at the time he receives the instant order, he shall notify the court within fourteen days of the date of this order.

Dated: November 27, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Shock1948.eot

2