UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANFRED SHOCKNER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. SOLTANIAN, et al.,<br><br>　　　　Defendants. | No. 2: 18-cv-1948 TLN KJN P<br><br><br>ORDER |

On January 18, 2019, the undersigned recommended that defendants Cantu, Weiss, Cherry, Risharp, Buckner and Lizarrage be dismissed. (ECF No. 24.) On February 15, 2019, inmate Danny R. Garcia submitted objections to the findings and recommendations, on plaintiff's behalf. (ECF No. 25.) Plaintiff did not sign the objections. Inmate Garcia is not authorized to submit pleadings on plaintiff's behalf. See Fed. R. Civ. P. 11(a). Plaintiff is required to sign all pleadings.

Accordingly, IT IS HEREBY ORDERED that:

1. The objections filed February 15, 2019 are disregarded;

2. Plaintiff is granted thirty days from the date of this order to file objections signed by plaintiff.

Dated: February 27, 2019

Shock1948.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE