UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANFRED SHOCKNER,<br><br>Plaintiff,<br><br>v.<br><br>DR. SOLTANIAN, et al.,<br><br>Defendants. | No. 2: 18-cv-1948 TLN KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff paid the filing fee.

On January 18, 2019, the undersigned found that plaintiff's second amended complaint stated potentially colorable claims for relief against defendants Soltanian, Smith and Vaughn. (ECF No. 22.) The undersigned ordered plaintiff to complete service of process of defendants within sixty days. (Id.) The undersigned ordered plaintiff and defendants to submit status reports within 120 days of the January 18, 2019 order. (Id.)

One hundred twenty days passed from January 18, 2019, and neither plaintiff nor defendants submitted status reports.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file a status report addressing the status of service of defendants; failure to respond to this order will result in a recommendation of dismissal of this action.

Dated: September 5, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Shock1948.osc