UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANFRED SHOCKNER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DR. SOLTANIAN, et al.,<br><br>　　　　　　Defendants. | No. 2: 18-cv-1948 TLN KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff paid the filing fee for this action.

On January 18, 2019, the undersigned found that the second amended complaint stated potentially colorable claims against defendants Soltanian, Smith and Vaughn for alleged violations of plaintiff's Eighth Amendment right to adequate medical care. (ECF No. 22.) Because plaintiff paid the filing fee, the undersigned ordered plaintiff to complete service of process within sixty day. (Id.) The undersigned ordered plaintiff and defendants to file status reports within 120 days. (Id.)

Because of his pro se status, plaintiff was unable to effect service on defendants. Therefore, the undersigned ordered plaintiff to file an application to proceed in forma pauperis. (ECF No. 34.) The undersigned found that if plaintiff qualified for in forma pauperis status, he would not be required to complete service of process on his own. (Id.)

1

Plaintiff filed an application to proceed in forma pauperis. (ECF No. 41.) However, based on the amount of money in his trust account, plaintiff does not qualify for in forma pauperis status.

After plaintiff filed this action, the court initiated the E-Service pilot program for civil rights cases. "E-Service" means that instead of having plaintiffs fill out service paperwork for the United States Marshal to mail to the defendants or through personal service, the Court will provide paperwork regarding the defendants electronically to the California Department of Corrections and Rehabilitation (CDCR) and the California Attorney General's Office, each of which has agreed to participate in this program. The court has used E-Service in cases where the plaintiff is proceeding in forma pauperis.

Based on the unique circumstances of this case, the Office of the Attorney General is directed to inform the court whether it will accept E-service of defendants Soltanian, Smith and Vaughn.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days of the date of this order, the Office of the Attorney General shall notify the court whether it will accept E-Service of defendants Soltanian, Smith and Vaughn;
2. The Clerk of the Court is directed to serve a copy of this order on Supervising Deputy Attorney General Monica Anderson.

Dated: January 10, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Shock1948.ser

2