UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANFRED SHOCKNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. SOLTANIAN, et al.,<br><br>　　　　Defendants. | No. 2: 18-cv-1948 TLN KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. This action is set for a settlement conference before Magistrate Judge Claire on June 15, 2020.

　　　　On April 27, 2020, plaintiff filed a letter with the court alleging that on March 12, 2020, he authorized defendants to subpoena his medical records "with the proviso" that they provide plaintiff with a copy of the subpoenaed medical records. (ECF No. 55.) Plaintiff alleges that he has not received the medical records. Plaintiff requests that the court issue a subpoena so that plaintiff can obtain these medical records. Plaintiff alleges that he requires these medical records in order to meaningfully prepare for the settlement conference.

////

////

////

1

1          IT IS HEREBY ORDERED that within fourteen days of the date of this order, defendants
2  shall inform the court whether they have obtained plaintiff's medical records; if defendants have
3  obtained these records, defendants shall inform the court within that time whether they object to
4  either providing plaintiff with these records or allowing him to review them prior to the
5  settlement conference.
6  Dated:  May 1, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Shock1948.ord(rec)