UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANFRED SHOCKNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. SOLTANIAN et al.,<br><br>　　　　Defendants. | No.  2: 18-cv-1948 TLN KJN P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  This action is set for a settlement conference before Magistrate Judge Claire on August 4, 2020.

　　　On May 8, 2020, the undersigned ordered defendants to work with the litigation coordinator at plaintiff's prison to ensure that plaintiff is permitted to review and obtain copies of his medical records prior to the settlement conference.  (ECF No. 58.)

　　　On June 15, 2020, plaintiff filed a pleading with the court.  (ECF No. 61.)  In this pleading, plaintiff states that the litigation coordinator provided him with most of his medical records.  However, plaintiff has still not received medical records from his first stay at Mule Creek State Prison ("MCSP") and the MRI report from Mercy Hospital in Bakersfield.  The exhibits attached to plaintiff's June 15, 2020 pleading indicate that plaintiff is still in the process of requesting the medical records from his first stay at MCSP and the MRI report from Mercy

Hospital in Bakersfield.  Accordingly, the undersigned will issue no orders regarding this matter at this time.

In his June 15, 2020 pleading, plaintiff also requests that defendants be ordered to provide him their offer of settlement before the settlement conference.  Plaintiff is informed that defendants are not required to provide him with their offer of settlement before the settlement conference.

In his June 15, 2020 pleading, plaintiff also alleges that he submitted a subpoena to defense counsel.  Plaintiff requests that defendants be ordered to inform the court when a response to the subpoena will be provided.  Plaintiff is informed that if defendants fail to respond to the subpoena, plaintiff may file a motion to compel defendants to respond to the subpoena.

Accordingly, IT IS HEREBY ORDERED that no orders are issued in response to plaintiff's June 15, 2020 pleading (ECF No. 61).

Dated:  June 18, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Shock1948.doc