UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANFRED SHOCKNER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. SOLTANIAN, et al.,<br><br>　　　　Defendants. | No.  2: 18-cv-1948 TLN KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On February 27, 2020, the undersigned referred this action to the Post-Screening ADR Project and stayed this action for 120 days.  (ECF No. 51.)  This action is set for a settlement conference before Magistrate Judge Claire on August 4, 2020.

　　　　Pending before the court is plaintiff's July 10, 2020 motion to compel.  (ECF No. 63.)  In this motion, plaintiff requests that defendants be ordered to comply with a subpoena.  In the motion to compel, plaintiff alleges that he seeks the information requested in the subpoena so that he will be able to proceed with discovery if the settlement conference is "unfruitful."

　　　　In a letter addressed to plaintiff attached to the motion to compel, defense counsel describes the subpoena as requesting a list of all medical personnel employed by the California Department of Corrections and Rehabilitation ("CDCR") at four different prisons since 2016. The letter states that the subpoena seeks personal contact information of each of these medical

personnel including their home addresses and telephone numbers.

Plaintiff's motion to compel defendants to comply with the subpoena is denied because this action is stayed.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (ECF No. 63) is denied.

Dated: July 14, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Shock1948.com