UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANFRED SHOCKNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. SOLTANIAN, et al.,<br><br>　　　　Defendants. | No. 2: 18-cv-1948 TLN KJN P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On February 27, 2020, the undersigned referred this action to the Post-Screening ADR Project and stayed this action for 120 days. (ECF No. 51.) This action is set for a settlement conference before Magistrate Judge Claire on November 16, 2020.

　　　On October 13, 2020, defendants Vaughn and Smith filed a motion to opt out of the Post-Screening ADR Project. (ECF No. 71.) On October 13, 2020, defendant Soltanian-Zadah filed a notice of joinder with this motion. (ECF No. 72.)

　　　Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion and request to opt out of the Post-Screening ADR Project (ECF Nos. 71, 72) are granted;

2. The settlement conference set before Magistrate Judge Claire on November 16, 2020, is vacated;

1

3. The amended writ of habeas corpus ad testificandum for plaintiff to appear at the settlement conference by Zoom video (ECF No. 70) is vacated;

4. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Coordinator at Valley State Prison at (559) 665-8919 or via email;

5. Defendants shall file a response to plaintiff's second amended complaint within thirty days of the date of this order.

Dated: October 15, 2020

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Shock1948.vac

2