UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANFRED SHOCKNER,<br><br>Plaintiff,<br><br>v.<br><br>DR. SOLTANIAN, et al.,<br><br>Defendants. | No. 2: 18-cv-1948 TLN KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On October 15, 2020, the undersigned granted defendants' requests to opt out of the Post-Screening ADR Project and vacated the settlement conference set before Magistrate Judge Claire on November 16, 2020. (ECF No. 73.)

On October 15, 2020, the court received a letter from plaintiff containing his settlement conference statement regarding defendants Vaugh and Smith, who are represented by the Office of the Attorney General.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall serve plaintiff's October 15, 2020 letter containing his settlement conference statement on counsel for defendants Vaughn and Smith; plaintiff's October 15, 2020 letter shall not be placed on the court docket;

////

2. Within fourteen days of the date of this order, counsel for defendants Vaughn and Smith shall inform the court whether, in light of plaintiff's October 15, 2020 letter, they believe a settlement conference would be productive.

Dated: October 20, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Shock1948.set(2)

2