UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANFRED SHOCKNER,<br><br>    Plaintiff,<br><br>v.<br><br>DR. SOLTANIAN, et al.,<br><br>    Defendants. | No. 2: 18-cv-1948 TLN KJN P<br><br><br>ORDER |

    Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On October 15, 2020, the undersigned granted defendants' request to opt out of the Post-Screening ADR Project and vacated the settlement conference set before Magistrate Judge Claire on November 16, 2020. (ECF No. 73.)

    On October 15, 2020, the court received a letter from plaintiff containing his settlement conference statement regarding defendants Vaughn and Smith, who are represented by the Office of the Attorney General. On October 20, 2020, the undersigned ordered counsel for defendants Vaughn and Smith to inform the court whether, in light of plaintiff's October 15, 2020 letter, they believe a settlement conference would be productive. (ECF No. 74.)

    On October 22, 2020, counsel for defendants Vaughn and Smith informed the court that they continue to believe that a settlement conference would not be productive. (ECF No. 75.)

////

1

Accordingly, IT IS HEREBY ORDERED that a settlement conference will not be rescheduled in this action.

Dated:  November 2, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2