UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANFRED SHOCKNER, | No. 2:18-cv-01948-TLN-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| DR. SOLTANIAN, et al., | |
| Defendants. | |

Plaintiff Manfred Shockner ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 28, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 98.) No timely objections to the findings and recommendations have been filed.

The Court has reviewed the file under the applicable legal standards and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed July 28, 2021 (ECF No. 98), are ADOPTED IN FULL;

1

2. Defendant Soltanian-Zadeh's Motion to Dismiss (ECF No. 79) is DENIED;

3. The Motion to Dismiss filed by Defendants Smith and Vaughn (ECF No. 80) is DENIED;

4. Plaintiff's Motion for Summary Judgment (ECF No. 87) is DENIED; and

5. Defendants Soltanian-Zadeh, Smith and Vaughn shall file a response to Plaintiff's Second Amended Complaint within thirty days of the electronic filing date of this Order.

IT IS SO ORDERED.

Dated:  August 26, 2021

Troy L. Nunley
United States District Judge