UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANFRED SHOCKNER, | No. 2: 18-cv-1948 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| DR. SOLTANIAN, et al., | |
| Defendants. | |

    Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  For the reasons stated herein, plaintiff's motion for a court order directing defendants to answer the remaining claims (ECF No. 101) is denied.

    On August 30, 2021, the Honorable Troy L. Nunley denied defendants' motions to dismiss and ordered defendants to respond to plaintiff's second amended complaint within thirty days of the electronic filing of the order.  (ECF No. 100.)

    In the pending motion, filed September 24, 2021, plaintiff requests that the court order defendants to respond to his claims.  (ECF No. 101.)  Plaintiff's motion is denied as unnecessary because on August 30, 2021, the Judge Nunley ordered defendants to respond to plaintiff's second amended complaint within thirty days.

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a court order directing defendants to answer his remaining claims (ECF No. 101) is denied.

Dated: September 28, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Shock1948.ord(3)