IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MANFRED SCHOCKNER,**<br><br>    Plaintiff,<br><br>    v.<br><br>**SOLTANIAN, et al.,**<br><br>    Defendants. | Case No. 2:18-cv-01948 TLN KJN (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the Discovery and Scheduling Order (ECF No. 127) is granted;

2. The April 22, 2022 dispositive motion deadline is vacated and reset to sixty days after the court rules on defendants' motion for judgment on the pleadings.

Dated: March 25, 2022

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Shock1948.mod