1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MANFRED SHOCKNER,                          No.  2:18-cv-01948-TLN-KJN

12                   Plaintiff,

13          v.                                    **ORDER**

14    DR. SOLTANIAN, et al.,

15                   Defendant.

16

17          On April 7, 2022, Plaintiff filed objections to the order filed March 18, 2022 denying

18   Plaintiff's requests for subpoenas.  (ECF No. 130.)  The Court construes Plaintiff's objections as

19   a request for reconsideration.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders

20   shall be upheld unless "clearly erroneous or contrary to law."  *Id.*  Upon review of the entire file,

21   the Court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or

22   contrary to law.

23          In his request for reconsideration, Plaintiff requests that discovery be reopened.  (*Id.* at 2.)

24   Plaintiff's request to reopen discovery is remanded to the magistrate judge for further

25   consideration.

26          Therefore, IT IS HEREBY ORDERED that:

27          1.   Upon reconsideration, the Order of the magistrate judge filed March 18, 2022 (ECF

28               No. 126) is AFFIRMED;

                                                    1

1     2.   Plaintiff's Request to Reopen Discovery, made in his Request for Reconsideration, is

2     REMANDED to the magistrate judge for further consideration.

3  **DATE:  June 15, 2022**

Troy L. Nunley
United States District Judge

2