IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MANFRED SCHOCKNER,** | Case No. 2:18-cv-01948 TLN KJN P |
| Plaintiff, | **ORDER** |
| v. | |
| **SOLTANIAN, et al.,** | |
| Defendants. | |

Pending before the Court is Defendants' motion to modify the Discovery and Scheduling Order. Good cause appearing, IT IS HEREBY ORDERED that Defendants' motion to modify the Discovery and Scheduling Order (ECF No. 145) is GRANTED. The dispositive motion deadline shall be extended by thirty-eight days. The parties will have until November 21, 2022, to file any dispositive motions.

Dated: October 18, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Shock1948.eot(d2)