1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MANFRED SHOCKNER,                    No.  2: 18-cv-1948 TLN KJN P

12              Plaintiff,

13         v.                              ORDER

14    SOLTANIAN, et al.,

15              Defendants.

16

17         Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18    to 42 U.S.C. § 1983.  On January 12, 2023, defendants filed a notice of death of plaintiff.  (ECF

19    No. 149.)

20         Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for extension of time

21    (ECF No. 143) and defendants' summary judgment motion (ECF No. 147) are vacated; these

22    motions may be reinstated at a later stage of these proceedings, if appropriate.

23    Dated:  January 18, 2023

24

25                                         _____
      Shock1948.order                      KENDALL J. NEWMAN
26                                         UNITED STATES MAGISTRATE JUDGE

27

28

                                        1